GEORGE ROSADO ET AL. *v.* BRIDGEPORT ROMAN CATHOLIC DIOCESAN CORPORATION ET AL.

J. KNECHT *v.* BRIDGEPORT ROMAN CATHOLIC DIOCESAN CORPORATION ET AL.

IN RE APPLICATION OF NEW YORK TIMES COMPANY FOR ORDER VACATING PROTECTIVE ORDERS AND REQUIRING FILING OF DISCOVERY MATERIALS

The petition by the Hartford Courant Company for certification for appeal from the Appellate Court, 77 Conn. App. 690 (AC 23014/AC 23015/AC 23016/AC 23017/AC 23069/AC 23078/AC 23079/AC 23161), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court improperly granted the application to create a new file?"

The Supreme Court docket number is SC 17059.

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*Ralph G. Elliot,* in support of the petition.

*John B. Farley, Joseph T. Sweeney, Ralph W. Johnson III, James V. Somers, James F. Stapleton, John F. Conway* and *W. Glen Pierson,* in opposition.

Decided September 18, 2003